AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

**V.**

**WILLIE CHARLES ANDERSON, JR.**

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   Between on or about <u>August, 2004 and December, 2004</u> in <u>Washington, D.C.</u> county, in the _____ District of <u>Columbia</u> defendant(s) did, (Track Statutory Language of Offense)

being a public official, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept, things of value, to wit, United States currency in return for him (a) being influenced in the performance of his official duties and (b) being induced to do and omit to do acts in violation of defendant's official duties, to wit, defendant received United States currency directly and indirectly from CW in return for certifying that CW successfully completed a treatment plan, allowing CW to apply for reinstatement of driving privileges.

in violation of Title <u>18 U.S.C.</u> United States Code, Section(s) <u>§ 201(B)(2)(A) and (C)</u>.

I further state that I am <u>Mark Allen, Special Agent with the Federal Bureau of Investigation</u>, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Mark Allen, Special Agent
Federal Bureau of Investigation

AUSA, Julieanne Himelstein   (202) 514-8203
Sworn to before me and subscribed in my presence,

_____   at   <u>Washington, D.C.</u>
Date                                                  City and State

_____       _____
Name & Title of Judicial Officer         Signature of Judicial Officer