**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Arrest Warrant for                    Magistrate No.: 05-186 M-01

WILLIE CHARLES ANDERSON. JR.        :
DOB: ~~xx/xx/48~~ 02/16/

**FILED**
APR 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

:        **FILED UNDER SEAL**
:
:
:

### MOTION TO SEAL CRIMINAL COMPLAINT, WARRANT, AFFIDAVIT IN SUPPORT OF ARREST WARRANT, AND MEMORANDUM IN SUPPORT THEREOF

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order directing that the criminal complaint, warrant, and affidavit in support of a Arrest Warrant for 'WILLIE CHARLES ANDERSON, JR. be placed under seal until further order of the Court. In support of its motion, the government states as follows:

1. This warrant is being executed as part of an on-going criminal and grand jury investigation.

2. Premature public notice of this arrest warrant and supporting affidavit would compromise an on-going criminal investigation by: (a) causing prospective witnesses to be deterred from testifying or less likely to provide truthful testimony to the grand jury; (b) causing potential witnesses and targets to destroy documentary evidence which may be subpoenaed by the grand jury; and (c) causing potential targets to flee the jurisdictional boundaries of the United States.

3. Accordingly, the government submits that under Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the warrant and the supporting affidavit in this case, this motion and all other pleadings and tilings made in connection with this

warrant until: (a) the fact and particulars of investigation must be disclosed, pursuant to the government's legal obligations, to counsel for other individuals who may be arrested in the future or (b) the government represents that the items covered by this motion can be made public without substantiai risk to the safety of the source of information or the agents involved.

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the complaint, warrant, and affidavit in support of the arrest warrant be placed under seal.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: *[signature]*

JULIEANNE HIMELSTEIN
Assistant United States Attorney
D.C. Bar No. 417136
Fraud/Public Corruption. Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 5 14-8203