SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Arrest Warrant for           Magistrate No.:

WILLIE CHARLES ANDERSON, JR    :    05-186 M-01
DOB: xx/xx/48
     02 16

FILED
APR - 6 2005             :    FILED UNDER SEAL

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT           **ORDER**

Upon consideration of the motion to seal in connection with the of the above-captioned Arrest Warrant; it is this __6th__ day of April, 2005,

**ORDERED,** that the Government's Motion is hereby **GRANTED** and the criminal complaint, arrest warrant, and affidavit in support of the above-captioned Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE

Deborah A. Robinson
U.S. Magistrate Judge