**SEALED**

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

WILLIE CHARLES ANDERSON, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 05-186 M-01

**FILED**
APR 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___WILLIE CHARLES ANDERSON, JR.___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being a public official, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept, things of value, to wit, United States currency in return for him (a) being influenced in the performance of his official duties and (b) being induced to do and omit to do acts in violation of defendant's official duties, to wit, defendant received United States currency directly and indirectly from CW in return for certifying that CW successfully completed a treatment plan, allowing CW to apply for reinstatement of driving privileges.

in violation of Title __18__, United States Code, Section(s) § 201(B)(2)(A) and (C).

Deborah A. Robinson
U.S. Magistrate Judge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Title of Issuing Officer
APR - 6 2005
Date and Location

Deborah A. Robinson
U.S. Magistrate Judge
District of Columbia

Bail fixed at $ __HWOB__   by __[signature]__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Oxon Hill, Maryland_ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/6/05 | MARK E. Allen, Special Agent | Mark E All |
| DATE OF ARREST |  |  |
| 4/12/05 |  |  |

**UNSEALED**