*ordered,*

*[signature] Facala 06/07/05*

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA  :

:

v.                        : CRIM. NO. 05- 186M

:

Willie Anderson,          :

:

:

Defendant.                :

_____ :

**FILED**

**JUN 0 7 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE

Defendant Willie Anderson, by and through counsel, respectfully moves this Court, pursuant to 18 U.S.C. § 3145(b), modify his conditions of release to allow him to attend the wedding anniversary of his in-laws in New Jersey.

As grounds for this request, Mr. Anderson states as follows:

1. Mr. Willie Anderson was arrested on April 12, 2005, and charged with Bribery. Mr. Anderson was presented before the Honorable Deborah Robinson, and was released on his on recognizance on the condition that he remain in the Metropolitan D.C. area.

2. Mr. Anderson's mother and father in law are celebrating their 50th wedding anniversary in Teaneck, N.J. on June 10-13, 2005. The plans for this celebration were made well before Mr. Anderson's arrest. Mr. Anderson will be participating in the ceremony with his wife and children and would greatly appreciate the opportunity to

(N)

attend. Teaneck, is located just outside of New York City and is approximately four hours away. The family will be driving to and from New Jersey.

3. This trip does not pose a risk of flight. Mr. Anderson will be accompanied by his family and plans to return home to the DC area on June 13, 2005.

4. Undersigned counsel has spoken with the Assistant United States Attorney assigned to this case, Julienne Himmelstein, who has no opposition to this motion.

6. There are no grounds to conclude that Mr. Anderson poses any risk of flight, or that he poses a danger to the community.

**WHEREFORE** for the foregoing reasons, and any others this Court deems just and proper, Willie Anderson, through counsel, respectfully requests that he be permitted to travel to New Jersey from June 10-13, 2005.

Respectfully submitted,

Sharon Styles-Anderson, Esq.

1818 Catrherine Fran Dr.

Accokeek, MD 20607

301-370-9855

## CERTIFICATE OF SERVICE

This is to certify that this 7th _day of June 2005, a copy of the foregoing Motion to Temporarily Modify Revoke Pretrial Detention Order, was served by fax upon the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20001, for Assistant United States Attorney Julienne Himmelstein..

Sharon Anderson