## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )

 )

vs.     )     **Case No.05-0186M**

 )

WILLIE CHARLES ANDERSON, JR.,     )     **FILED**

 )

     Defendant.     )     JUN 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the oral motion of Defendant, which was unopposed by the government, to modify the terms of his release pending disposition of this matter, the motion is GRANTED, and it is this _24th_ day of June, 2005 hereby ORDERED that the terms of Defendant's release pending disposition of this matter are modified as follows:

Defendant is permitted to travel within the continental United States on the condition that he provide advance notice to District of Columbia Pre Trial Services of the place of travel, the duration of travel, and contact information for Defendant during any travel outside the Washington, D.C. metropolitan area.

_John Facciola_
John M. Facciola
United State Magistrate