UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **WILLIE CHARLES ANDERSON, JR.** | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 201(b)(2)(A) |
| Defendant. | : | (Receipt of a Bribe by a Public Official) |
| | : | |

## INFORMATION

The United States Attorney informs the Court that:

1. At all times material to this Information, defendant WILLIE CHARLES ANDERSON, JR., was a service provider for the Department of Motor Vehicles (hereinafter referred to as "DMV") and/or the District of Columbia Department of Health in Washington, D.C.

2. At all times material to this Information, included among his duties as a service provider for DMV, defendant WILLIE CHARLES ANDERSON, JR., was to provide court-ordered alcohol abuse treatment and awareness programs through the Bureau of Traffic Adjudication to defendants who had been charged and/or convicted in the Superior Court of the District of Columbia of either Driving Under the Influence ("DUI") or Driving While Intoxicated ("DWI"). Upon a DUI or DWI defendant's satisfactory completion of the treatment program, defendant ANDERSON was to provide DMV officials with a letter of completion, allowing the client to apply for reinstatement of driving privileges.

3. From in or about August of 2004 to on or about December 22, 2004, defendant WILLIE CHARLES ANDERSON, JR., being a public official, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept, things ov value, to wit, United States currency,

in return for him (a) being influenced in the performance of an official act and being induced to do and omit to do acts in violation of his official duties, to wit: defendant WILLIE CHARLES ANDERSON, JR., solicited and received cash payments for his own personal use from persons seeking to enroll in treatment programs in exchange for providing those persons who had not received any treatment whatsoever with letters of completion, in reinstatement of their driver's licenses.

(Receipt of a Bribe by a Public Official, in Violation
of 18 United States Code, Section 201(b)(2)(A))

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
JULIEANNE HIMELSTEIN
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417136
555 4th Street, N.W., Room 5832
Washington, DC 20530
(202) 514-8203