UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 05-0270 (RJL)** |
| : | |
| **WILLIE CHARLES ANDERSON, JR.,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE JUSTIFICATION FOR 11(c)(1)(C) PLEA**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court for extension of time of 23 days for filing justification for 11(c)(1)(C) plea. In support of its motion, the Government states as follows:

1. On September 7, 2005, the parties appeared before the Court for a plea hearing. Upon being informed that the plea was pursuant to 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the Court ordered the Government to file a pleading on September 14, 2005, setting forth its reasons why this plea is in the interest of justice.

2. Undersigned counsel respectfully requests that the due date for filing this pleading is set for September 30, 2005.

WHEREFORE, the United States requests that its motion be granted and that the time within which to file this pleading is enlarged to September 30, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
JULIEANNE HIMELSTEIN
ASSISTANT U.S. ATTORNEY
Fraud and Public Corruption Section
555 4th Street, NW
Washington, DC 20001
(202) 514-8203

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing motion was served upon Frederick D. Cooke, Jr., RUBIN, WINSTON and DIERCKS, 1155 Connecticut Avenue, NW, Suite 600, Washington, DC 20036 and Sharon Styles-Anderson, Esq., 1818 Catherine Fran Drive, Accokeed, MD 20607, on 9th of September 2005.

_____
JULIEANNE HIMELSTEIN
ASSISTANT U.S. ATTORNEY