CERTIFICATE OF SERVICE

    I. Frederick D. Cooke, Jr., do hereby certify that on this 1st day of November, 2005 a copy of the foregoing Motion of Defendant for Continuance of Hearing Date was sent by first class mail, postage pre paid, to the following:

    Julieanne Himelstein, Esq.
    Assistant United States Attorney
    555 4th Street, NW
    Washington, D.C. 20001

    Sharon Styles-Anderson, Esq.
    1818 Catherine Fran Drive
    Accokeek, MD 20607

    __/s/_____
    Frederick D. Cooke, Jr.