**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **Case No.05-0270(RJL)** |
| | ) | |
| WILLIE CHARLES ANDERSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the unopposed motion of Defendant to continue the plea agreement hearing in this matter and to modify the conditions of Defendant's release pending disposition of this matter, the motion is GRANTED, and it is this _____ day of November, 2005 hereby ORDERED that the plea agreement hearing currently set in this matter for November 9, 2005 at 10:30AM is continued to November _____, 2005 at _____ in courtroom 7 before Judge Richard J. Leon; and it is

FURTHER ORDERED that the terms of Defendant's release pending disposition of this matter are modified as follows:

Defendant is permitted to travel from the Washington, D.C. metropolitan area to St. Vincent and the Grenadines on November 7, 2005 with a return to the Washington, D.C. metropolitan area on November 12, 2005; and

The D.C. Pretrial Services Agency is directed to return Defendant's passport to him on November 3, 2005, and Defendant is directed to return his passport to the D.C. Pretrial Services Agency no later than November 15, 2005.

_____
Richard J. Leon
United States District Judge