UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-0270 (RJL) |
| | : | |
| v. | : | |
| | : | |
| WILLIE CHARLES ANDERSON, JR. | : | |
| | : | |
| Defendant. | : | |

**MOTION OF DEFENDANT FOR CONTINUANCE OF HEARING DATE**

Defendant Willie C. Anderson (hereinafter "Defendant"), by and through undersigned counsel hereby moves this Court for a continuation of the plea agreement hearing set in the above-captioned matter by the Order of this Court dated November 1, 2005. As reasons for the grant of this motion, Defendant states the following:

1. By Order dated November 1, 2005, this Court advised the parties that the plea agreement hearing that had been set in this matter for November 1, 2005 was being rescheduled to November 9, 2005 at 10:30 AM.

2. Undersigned counsel consulted with his client regarding the rescheduling of the plea agreement hearing and was reminded by Defendant that Defendant proposed to be away from the District of Columbia on November 9, 2005.

3. At the last hearing on this matter, undersigned counsel advised the Court and counsel for the United States that Defendant proposed to be away from the District from November 7, 2005 until November 12, 2005 to perform work (as a consultant) on a project for the Organization of

1

American States in St. Vincent and the Grenadines (hereinafter "St. Vincent") in the Carribean.

4. At that time, undersigned counsel proposed that the Court temporarily return to Defendant his passport which Defendant had surrendered to the D.C. Pretrial Services Agency as a condition of his pre-trial release. It was undersigned counsel's intent to raise this issue again at the hearing on November 1, 2005, and to present the Court with a proposed order that would facilitate both Defendant's travel from the metropolitan Washington, D.C. area and the temporary return of his passport.

5. Defendant would like to complete his assignment with the Organization of American States in St. Vincent during the November 7, 2005 through November 12, 2005 period.

6. Defendant respectfully requests that the Court continue to plea agreement hearing date that has been set in this matter for November 9, 2005 to November 15, 2005.

7. Defendant respectfully requests that the Court modify the conditions of his release so as to allow him to travel from the metropolitan Washington, D.C. area on November 7, 2005 to St. Vincent with a return from St. Vincent to the Washington, D.C. metropolitan area on November 12, 2005. Additionally, Defendant respectfully requests that the Court further modify the conditions of his release so as to direct the D.C. Pretrial Services Agency to return Defendant's passport to him on November 3,

2005, and to direct Defendant to return his passport to the D.C. Pretrial Services Agency no later than November 15, 2005.

8. Pursuant to the rules of this Court, undersigned counsel has consulted with counsel for the United States regarding this motion, and represents that counsel for the United States does not oppose continuance of th plea hearing date as requested by Defendant, and that counsel for the United States does not oppose the requested modification of the terms of Defendant's release so as to allow Defendant to travel to and from St. Vincent during the November 7, 2005 to November 12, 2005 period.

Respectfully submitted,

_____/s/_____
Frederick D. Cooke, Jr. D.C. Bar No. 164608

Rubin Winston Diercks Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 200036

202 861 0870
202 429 0657 (facsimile)

CERTIFICATE OF SERVICE

    I. Frederick D. Cooke, Jr., do hereby certify that on this 1st day of November, 2005 a copy of the foregoing Motion of Defendant for Continuance of Hearing Date was sent by first class mail, postage pre paid, to the following:

    Julieanne Himelstein, Esq.
    Assistant United States Attorney
    555 4th Street, NW
    Washington, D.C. 20001

    Sharon Styles-Anderson, Esq.
    1818 Catherine Fran Drive
    Accokeek, MD 20607

    __/s/_____
    Frederick D. Cooke, Jr.