AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF _____

FILED
NOV 15, 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 05-270

I, __Willie Charles Anderson__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7 September 2005__ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

(N)
Before _____