**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.    05-270 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **WILLIE ANDERSON** | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the sentencing hearing in this matter. In support of this motion, the government submits the following:

    1. Sentencing in this matter is currently scheduled for February 17, 2006.

    2. Assistant United States Attorney Julieanne Himelstein is out of the jurisdiction because of a death in the family. Ms. Himelstein will not be returning to the jurisdiction until February 21, 2006, and thus will be unavailable for the February 17, 2006 sentencing.

    3. Defense counsel has no objection to a continuance in this matter.

WHEREFORE, for the reasons stated above, the government respectfully requests that the sentencing hearing in this matter be continued.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

Catherine K. Connelly
Assistant United States Attorney
Major Crimes Section, Mass.  Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
Phone: 616-3384; Fax: 353-9414

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Government's Motion to Continue to be served upon the attorney for the defendant, Frederick Cooke, Esquire, this 14th day of February, 2006.

Catherine K. Connelly