UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.    05-270 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **WILLIE ANDERSON** | : | |

### ORDER

On the government's motion to continue the scheduled sentencing date and the record of the above-captioned case, the Court hereby ORDERS that the February 17, 2006 sentencing date is vacated.  Sentencing is rescheduled to _____, 2006.

_____            _____
Date                                       The Honorable Richard J. Leon
                                                United States District Court Judge


cc:

Catherine Connelly
Assistant United States Attorney
555 Fourth St. N.W.
Room 4544
Washington, D.C. 20530

Julieanne Himelstein
Assistant United States Attorney
555 Fourth St. N.W.
Room 4832
Washington, D.C. 20530

Frederick Cooke, Esquire
Rubin, Winston, Diercks, Harris & Cooke
1155 Connecticut Ave NW #600
Washington DC 20036