IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : CR05-000270 (RJL) | |
| Willie Anderson, : | |
| : | |
| : | |
| Defendant. : | |
| _____ : | |

**FILED**

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR RELEASE OF PASSPORT

Defendant Willie Anderson, by and through counsel, respectfully moves this Court, to release his passport for travel to Lagos, Nigeria, as part of an official delegation from his church.

As grounds for this request, Mr. Anderson states as follows:

1. Mr. Willie Anderson was arrested on April 12, 2005, and charged with Bribery. Mr. Anderson was presented before the Honorable Deborah Robinson, and was released on his on recognizance on the condition that he remain in the Metropolitan D.C. area.

2. Mr. Anderson has been requested as part of an official church delegation to attend a missionary trip to Lagos, Nigeria. Attached please find the letter requesting Mr. Anderson's attendance.

RECEIVED

MAR 1 6 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. This trip does not pose a risk of flight. Mr. Anderson will be accompanied by his wife, and their children will remain in the United States. Without question the Andersons and the entire group plan to return home to the DC area on April 8, 2006.

4. Undersigned counsel has spoken with the Assistant United States Attorney assigned to this case, Julienne Himmelstein, who has no opposition to this motion.

6. There are no grounds to conclude that Mr. Anderson poses any risk of flight, or that he poses a danger to the community. During the pendency of this case, Mr. Anderson has traveled out of the DC area many times, and out of the country on business, and has returned without incident.

**WHEREFORE** for the foregoing reasons, and any others this Court deems just and proper, Willie Anderson, through counsel, respectfully requests that he be permitted to travel to Lagos, Nigeria from April 1-April 8, 2006.

Respectfully submitted,

_____
Sharon Styles-Anderson, Esq.

1818 Catrherine Fran Dr.

Accokeek, MD 20607

301-370-9855

(On behalf of Fred Cooke)

## CERTIFICATE OF SERVICE

This is to certify that this 15th day of March 2006, a copy of the foregoing Motion to Temporarily Modify Revoke Pretrial Detention Order, was served by fax upon the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20001, for Assistant United States Attorney Julienne Himmelstein..

Sharon Anderson