## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.    05-270 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **WILLIE ANDERSON** | : | |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the sentencing hearing in this matter. In support of this motion, the government submits the following:

1. Sentencing in this matter is currently scheduled for March 29, 2006.

2. Assistant United States Attorney Julieanne Himelstein will be out of the country between March 24 and April 3, 2006.

3. Undersigned counsel suggests either March 23rd, April 7, or April 14th. Undersigned counsel left a message with Mr. Cooke, communicating the desire to continue this matter, but has not heard whether or not Mr. Cooke opposes motion. Undersigned counsel has also spoken to the co-attorney of record, Ms. Styles-Anderson. Ms. Anderson, does not object to a continuance; however, she informed undersigned counsel that she would prefer sentencing to be held on March 23rd so that Mr. Anderson can have this behind him .

1

WHEREFORE, for the reasons stated above, the government respectfully requests that the sentencing hearing in this matter be continued.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

        _____
        Julieanne Himelstein
        Assistant United States Attorney
        Major Crimes Section, Mass. Bar No. 417-136
        555 4th Street, NW #4844
        Washington, DC 20001
        Phone: 514-8203; Fax: 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Government's Motion to Continue to be served upon the attorney for the defendant, Frederick Cooke, Esquire , this 17th day of March, 2006.

        _____
        Julieanne Himelstein